Motion GRANTED.
Hearing RESET for 5/21/12 at 10:00 a.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRONWORKERS LOCAL 79 HEALTH FUND, et al., | ) ) ) ) ) | Case No. 3:11-0497 |
| Plaintiffs, | ) ) ) | *Judge Trauger* *Magistrate Judge Brown* |
| v. | ) ) | |
| R&R RIGGING AND EQUIPMENT MOVING, INC., | ) ) ) | |
| Defendant. | ) | |

## MOTION

Plaintiffs move the Court to continue the show cause hearing presently set for March 16, 2012 at 10:00 a.m. (Docket Entry no. 19). Plaintiffs request a continuance of approximately 60 days.

As grounds for this motion, Plaintiffs attach correspondence to the Defendant and which will schedule an audit of the books and records of Defendant to determine compliance or noncompliance with the requirement for payment of contributions to Plaintiffs. Plaintiffs reasonably anticipate the audit can be completed within 60 days and that the outcome of this audit may demonstrate whether Defendant has or has not complied with the preliminary injunction issued in this case.

Wherefore, Plaintiffs pray for continuance of the show cause hearing for approximately 60 days.