> **Motion GRANTED.**
> **Hearing reset for**
> **7/27/12 at 10:00 a.m.**
>
> *[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL & REINFORCING IRONWORKERS LOCAL 79 HEALTH FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> R&R RIGGING AND EQUIPMENT MOVING, INC., <br><br> Defendant. | Case No. 3:11-0497 <br><br> *Judge Trauger* <br> *Magistrate Judge Brown* |

## MOTION

Plaintiffs move the Court to continue the show cause hearing presently set for May 21, 2012 at 10:00 a.m. (Docket Entry no. 23). Plaintiffs recognize an earlier request to continue was granted, and suggest another continuance is appropriate.

As grounds for this motion, Plaintiffs state their auditor has completed an examination of the books and records of Defendant to determine compliance or noncompliance with the requirement for payment of contributions to Plaintiffs. The initial results of this audit should be completed within the next five business days, but under procedures of Plaintiffs, the initial audit result is presented to the Defendant for commentary and possible reconciliation before the audit is deemed final.

Plaintiffs respectfully suggest the process of reconciliation will materially affect any question about compliance with the preliminary injunction issued in this case, and request a second continuance so the audit may be finalized.

Wherefore, Plaintiffs pray for another continuance of the show cause hearing, and suggest

{002258/11247/00247595.DOCX / Ver.2}    1